

FILED

APR 2 3 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-48 |
| | ) (Misdemeanor) |
| MYAH H. VILLANUEVA | ) VA 19 |
| | ) |
| | ) Court Date: May 13, 2019 |
| | ) Time: 8:30 a.m. |

<u>CRIMINAL INFORMATION</u>

<u>COUNT ONE</u>
(Misdemeanor)  Ticket No. 6839896

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 26, 2019, at Fort Eustis, Virginia, on lands acquired for

the use of the United States, within the special maritime and territorial jurisdiction of this

court, in the Eastern District of Virginia, MYAH H. VILLANUEVA, did knowingly and

unlawfully possess some quantity of marijuana, a controlled substance.  (In violation of

Title 21, United States Code, Section 844.)


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:    _____

SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-3031, ext 235
Fax:  (757) 878-5289
Solomon.Rho.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Apr 19 , 2019, I served a true copy of the foregoing CRIMINAL

INFORMATION on Crystina M. O'Brien, counsel for the defendant MYAH H.

VILLANUEVA.


SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-3031, ext 235
Fax: (757) 878-5289
Solomon.Rho.mil@mail.mil